Lanzinger, J.,
concurring in judgment only.
{¶ 35} I concur in judgment only.
{¶ 36} We have never explicitly required that a misdemeanor appellant must request a stay in the court of appeals to prevent a sentence from taking effect before an appeal may be considered. App.R. 8(B) allows, but does not require, an application for suspension of the execution of a sentence pending appellate review. The completion of Lewis’s sentence of inactive probation may have mooted the appellate court’s consideration of sentencing issues, but given the facts of this case, it did not moot the consequences of his conviction. And as detailed in the concurrence by Justice Lundberg Stratton, the collateral consequences of a conviction can be significant.
*417 Boehm, Kurtz & Lowry and David F. Boehm, for appellant.
Michael DeWine, Attorney General, and John H. Jones, William L. Wright, and Thomas W. McNamee, Assistant Attorneys General, for appellee Public Utilities Commission of Ohio.
Calfee, Halter & Griswold, James F. Lang, and N. Trevor Alexander; and Mark A. Hayden, for intervening appellee Toledo Edison Company.